UNITED STATES of America,
Plaintiff–Appellee,

v.

James Edward ADAMIC, Defendant–Appellant.

No. 06–10558.

United States Court of Appeals,
Ninth Circuit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 14, 2008 *.

Filed Jan. 22, 2008.

Thomas E. Flynn, Esq., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Alister McAlister, Esq., Wilton, CA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

## MEMORANDUM **

James Edward Adamic appeals from the district court's order denying his motion to modify his conditions of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Adamic contends that the special condition of probation that prevents him from possessing or using a computer with any "on-line computer service" was not contemplated in his plea agreement and that the condition is excessive and unreasonable. Because this court previously concluded that Adamic's challenge to his conditions of supervised release was foreclosed by his valid appeal waiver, Adamic's contention is precluded under the law of the case doctrine. *See United States*

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*v. Scrivner,* 189 F.3d 825, 827–28 (9th Cir.1999).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.